IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUDOLPH SERRANO,

        Plaintiff,

v.                                                                        No. 17cv848 WJ/KK

MAYOR GREGORY HULL,
OFFICER BRANDON MCKINNEY, and
SERGEANT BUHL,

        Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff Rudolph Serrano's failure to timely file an amended complaint.

The Court dismissed Plaintiff's original Complaint without prejudice for failure to state a claim on which relief may be granted because Plaintiff's allegations did not state with particularity what each Defendant did to him, how their actions harmed him and what specific right he believes Defendants violated. *See* Doc. 5 at 4, filed December 20, 2017. The Court granted Plaintiff leave to file an amended complaint and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case without prejudice. Plaintiff did not file an amended complaint by the January 4, 2017, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                                                   **UNITED STATES DISTRICT JUDGE**